```
1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6960
7
    Attorneys for Plaintiff
8
```

FILED

SEP 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 3 05 70660 BZ |
|---|---|---|
| Plaintiff, | ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 |
| v. | ) | |
| OLANDRIA WILLIAMS, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the complaint in this matter on September 1, 2005, and the preliminary hearing or arraignment date was set for September 21, 2005.

2. The Government is preparing to provide discovery in order to seek prompt resolution of this matter, however, the Defendant has yet to identify counsel.

3. The parties hereby request that the preliminary hearing or arraignment date be continued from September 21, 2005 until October 19, 2005, based upon effective preparation of defense counsel, as well as upon continuity of counsel in that counsel for the Government will be out of the country during the week of September 26, 2005. The parties request that this same time period be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

STIPULATION AND ~~PROPOSED~~ ORDER
NO. 3 05 70660 BZ

1  Criminal Procedure 5.1.
2      4. In light of the foregoing facts, the failure to grant the requested exclusion would
3  unreasonably deny counsel for the defense the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence, and would deny the Government
5  continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be
6  served by the Court excluding the proposed time period. These ends outweigh the best interest of
7  the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). In addition, the
8  Defendant consents and there is good cause to extend time under Rule 5.1.
9      6. For the reasons stated, the time period from September 21, 2005 through October 19, 2005
10  shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
11  Criminal Procedure 5.1.
12      SO STIPULATED.
13                                Respectfully Submitted,

DATED: 9/16/05

                              _____/s/_____
                              MICHELLE MORGAN-KELLY
                              Assistant United States Attorney

DATED: 9/16/05

                              _____/s/_____
                              EDWARD SWANSON
                              Specially Appearing for Olandria Williams

DATED: 9/16/05

                              _____/s/_____
                              OLANDRIA WILLIAMS
                              Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

                              HON. JOSEPH C. SPERO
                              United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
NO. 3 05 70660 BZ                       2