1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6960
7
   Attorneys for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,          )    No.: CR 3 05 70660 BZ
                                      )
13        Plaintiff,                  )    PARTIES' STIPULATION AND
                                      )    ~~PROPOSED~~ ORDER CONTINUING
14      v.                            )    PRELIMINARY HEARING OR
                                      )    ARRAIGNMENT AND WAIVING TIME
15 OLANDRIA WILLIAMS,                 )    UNDER THE SPEEDY TRIAL ACT AND
                                      )    FRCP 5.1
16        Defendant.                  )
                                      )
17 _____)

18
   The parties stipulate and agree, and the Court finds and holds, as follows:
19
      1. Defendant did not secure her current counsel until October 18, 2005.  Accordingly, until
20
   that time, the government had no attorney to whom to provide discovery.  On October 19, 2005,
21
   the government provided nearly 500 pages of discovery to undersigned defense counsel.
22
      2. The parties appeared for the preliminary hearing or arraignment on October 19, 2005
23
   before United States Magistrate Judge Nandor J. Vadas, and requested that the matter be
24
   continued until November 14, 2005 at 9:30 a.m. before the duty magistrate judge.
25
      3. The parties requested, and Judge Vadas ordered, that this same time period be excluded
26
   from the calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure
27
   5.1 for good cause and based upon effective preparation of counsel.
28

STIPULATION AND PROPOSED ORDER
NO. 3 05 70660 BZ

1    4. In light of the foregoing facts, the failure to grant the requested exclusion would
2 unreasonably deny counsel for the defense the reasonable time necessary for effective
3 preparation, taking into account the exercise of due diligence, and would deny the Government
4 continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv).  The ends of justice would be
5 served by the Court excluding the proposed time period.  These ends outweigh the best interest of
6 the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).  In addition, the
7 Defendant consents and there is good cause to extend time under Rule 5.1.
8    5. For the reasons stated, the time period from October 19, 2005 through November 14, 2005
9 shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
10 Criminal Procedure 5.1.
11    SO STIPULATED.
12                                          Respectfully Submitted,

13
   DATED:     10/19/05
14                                          _____/s/_____
                                            MICHELLE MORGAN-KELLY
15                                          Assistant United States Attorney

16
   DATED:     10/19/05
17                                          _____/s/_____
                                            EDWARD SWANSON
18                                          Attorney for Defendant Olandria Williams

19
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21
   DATED: 10/24/05                          _____
22                                          HON. NANDOR J. VADAS
                                            United States Magistrate Judge
23

24

25

26

27

28 STIPULATION AND PROPOSED ORDER
   NO. 3 05 70660 BZ                          2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1**

in the case of **UNITED STATES V. OLANDRIA WILLIAMS, CR 05-70660 BZ** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Edward Swanson**
**Swanson & McNamara, LLP**
**300 Montgomery Street, Suite 1100**
**San Francisco, California  94104**
**FAX: 415-477-9010**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 19, 2005

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
NO. 3 05 70660 BZ                                       3